# BRUNER, POWELL, WALL & MULLINS, LLC

ATTORNEYS AND COUNSELORS AT LAW
1735 ST. JULIAN PLACE, SUITE 200
POST OFFICE BOX 61110
COLUMBIA, SOUTH CAROLINA 29260-1110
TELEPHONE 803-252-7693
FAX 803-254-5719
WWW.BRUNERPOWELL.COM

WARREN C. POWELL, JR., P.A.*
HENRY P. WALL
E. WADE MULLINS III, P.A.
WESLEY D. PEEL, P.A.
JOEY R. FLOYD, P.A.
BENJAMIN C. BRUNER, P.A.

JAMES L. BRUNER (RETIRED)
_____
CHELSEA J. CLARK
ABIGAIL A. CARSON
J. CROOM HUNTER

* ALSO ADMITTED IN DISTRICT OF COLUMBIA

AUTHOR'S E-MAIL: hwall@brunerpowell.com

October 22, 2019

**VIA ELECTRONIC FILING**
Honorable Mary Geiger Lewis
United States District Court Judge
901 Richland Street
Columbia, SC 29201

      Re: *United States of American, et al. v. Triad Mechanical Contractors, Inc., et al.*
           *C/A No: 3:18-cv-00623-MGL*
           **BPWM File No.: 9-2880.100**

Dear Judge Lewis:

      I am pleased to report that the parties have reached a tentative resolution of this action and are in the process of preparing formal settlement documents. Accordingly, I would request that the Court issue a Rubin Order. In light of this, I do not intend to file a formal response to the pending motions for summary judgment unless the settlement is not consummated. It is my understanding that counsel for all parties consent to this request.

      Thank you for your consideration.

      With best wishes,

      **COUNSEL FOR RELATORS-PLAINTIFFS**

      By: s/ Henry P. Wall
      Henry P. Wall
      Fed. Id. No.: 4891
      Bruner, Powell, Wall & Mullins, LLC
      PO Box 61110
      Columbia, SC 29260
      Telephone: (803) 252-7693
      E-Mail: hwall@brunerpowell.com

HPW/bs
CC:     Counsel of Record (via e-filing)