**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
CASE NUMBER: 3:18-cv-00623-MGL**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. Christopher M. Pelletier and Jesse Blewer, <br><br> Plaintiffs, <br><br> v. <br><br> Triad Mechanical Contractors, Inc., Delbert A. Laquiere, and Ronald Runyon, <br><br> Defendants. | **STIPULATION OF DISMISSAL** |

The above-captioned matter, having been settled by the parties, the undersigned, as attorneys for the parties herein, hereby stipulate that the Complaint be dismissed **with prejudice** as regards claims brought be the Relators Christopher Pelletier and Jesse Blewer, and with respect to those claims brought by Pelletier and Blewer in their individual capacity. Claims brought by the United States of America are dismissed without prejudice.


WE SO STIPULATE:


s/Everett A. Kendall, II
Everett A. Kendall, II, Esquire
State Bar No. 8450
MURPHY & GRANTLAND, P.A.
Post Office Box 6648
Columbia, SC  29260
*Attorney for Defendant Triad Mechanical Contractors, Inc.*

DATE: November 18, 2019

s/Kevin Wayne Mims
Kevin Wayne Mims, Esquire
Chase McNair, Esquire
Luzuriaga Mims LLP
50 Immigration Street
Suite 200
Charleston, SC 29403
***Attorney for Delbert A. Laquiere***

DATE: November 18, 2019

s/Henry P. Wall
Henry P. Wall, Esquire
Bruner, Powell, Robbins, Wall & Mullins
1735 St. Julian Place
P.O. Box 61110
Columbia, SC 29260-1110
***Attorney for Plaintiffs Christopher Pelletier and Jesse Blewer***

DATE: November 18, 2019

s/Ivon Keith McCarty
Ivon Keith McCarty, Esquire
McCarty Law Firm
1212 Wappoo Road
Charleston, SC 29407
***Attorney for Delbert A. Laquiere and Triad Mechanical Contractors, Inc.***

DATE: November 18, 2019

s/Michael L. Leech
Michael L Leech, Esquire
Clawson and Staubes
126 Seven Farms Drive
Suite 200
Charleston, SC 29492
***Attorneys for Ronald Runyon***

DATE: November 18, 2019